**<u>Exhibit 1 to Rule 7.1 Disclosure Statement</u>**
for
**WCCC OP LLC**

<u>Supplement to Question 2 response:</u>

Members of Missouri OP Holdings LLC =  Numbered members (1) – (9) below

(1) GCM Missouri LLC, a Delaware LLC, whose sole member is Goldner Capital Management LLC, whose sole member is Goldner Family Trust, the trustee of which is Bryn Mawr Trust Company of Delaware, a Delaware corporation;

(2) Susan Goldner, a New York citizen;

(3) Chana Kahan, a New York citizen;

(4) Leslie Kahan, a New York citizen;

(5) Gabriel Mayer, a New York citizen;

(6) Aaron Mayer, a New York citizen;

(7) Helene Mayer 2007 Irrevocable Exempt Trust, a traditional trust established under the laws of California, whose trustee, Helene Mayer, is a citizen of California;

(8) David Murphy, a Missouri citizen;

(9) CF Care, LLC, a Delaware LLC, whose sole member is The Capital Foresight Limited Partnership, a Nevada Limited Partnership, whose general partner is Saidoff Foresight, LP, a Nevada Limited Partnership, and whose limited partner is The Double Jay Trust, a traditional trust established under the laws of Nevada, whose trustee, Hayim Mizrachi is a citizen of Nevada. The members of Saidoff Foresight, LP are Naty Saidoff, LLC, a Nevada limited liability company, and Natanel "Naty" Saidoff, a California citizen.  Netanel "Naty" Saidoff is the sole member of Naty Saidoff, LLC.