## Exhibit A

## Rule 7.1 Disclosure Statement

Members of West County Property Holdings, LLC:

- Esmarko Capital Investments US Holdings, Inc. – Citizen of Canada
- New Century Ventures, LLC – Ohio LLC
    - Sole member is Amir and Edna Jaffa Family Trust, Trustee Jeffrey Muencz, a Citizen of Ohio
- Jeffrey Muencz – Citizen of Ohio
- Tiferes Partners, LLC – New York LLC
    - Yitzchok Fuchs – Citizen of New York
    - Mordechai Fuchs – Citizen of New Jersey
    - Shani Hagar – Citizen of New York
    - Elisheva Leshkowitz – Citizen of New York
- Morris Fuchs – Citizen of New York
- David Hager – Citizen of New York
- Doros Generation Trust – Illinois Trust
    - Trustee Ahuva Shabat – Citizen of Illinois
- DF Barkana Investor, LLC – Illinois LLC
    - Ephraim Levin – Citizen of New York
    - YD Delta Investments, LLC – Illinois LLC
        - Sole member - Yoseph Davis Delta Trust, an Illinois Trust – Edie Davis Trustee – Citizen of Illinois
- P&O Family Trust – an Illinois Trust

- - o   Trustee Chaim Rajchenbach – Citizen of Illinois

  - o   Trustee Chasida Davis – Citizen of Illinois

- Ronald N. Shabat Descendants Trust – an Illinois Trust

  - o   Trustee Menachem Shabat – Citizen of Illinois

- Yaakov Y. Brandman – Citizen of Illinois

- Ayelet Shabat – Citizen of Illinois

- Jonathan Dauber – Citizen of Illinois

- GPN Family Trust – an Illinois Trust

  - o   Trustee Rivka Rajchenbach – Citizen of Illinois

  - o   Trustee Avrum Rajchenbach – Citizen of New Jersey

- Rajchenbach 2015 Family Trust – an Illinois Trust

  - o   Trustee Chaim Rajchenbach – Citizen of Illinois

- Shakki, LLC – Illinois LLC

  - o   Rivka Rajchenbach – Citizen of Illinois

  - o   Shana Levitan – Citizen of New York

- Moshe Rajchenbach  - Citizen of Illinois

- Yosef Rajchenbach - Citizen of Illinois

- Pinchas Schwartz – Citizen of Illinois

- Schlomo & Chava Busel – Citizens of Illinois

- Avrum Rajchenbach – Citizen of New Jersey

- Ari Levitan – Citizen of New York

- Moshe & Aliza Weiss – Citizen of Illinois

- Yehuda Ginsburg – Citizen of New York

2

88923848.2

- Ben Shibe – Citizen of Illinois
- Cascade Capital Group, LLC  - Illinois LLC
    - Chaim Rajchenbach – Citizen of Illinois
    - Menachem Shabat - Citizen of Illinois
    - Benjamin Shibe - Citizen of Illinois
    - Mordechai Kaplan - Citizen of Illinois
    - Yitzhak Rosenblum - Citizen of Illinois
    - GPN Family Trust, an Illinois Trust
        - Trustee Rivka Rajchenbach – Citizen of Illinois
        - Trustee Avrum Rajchenbach – Citizen of New Jersey
    - DOROS Generation Trust, an Illinois Trust
        - Trustee Ahuva Shabat – Citizen of Illinois
- Cascade Capital Partners, LLC – Illinois LLC
    - Cascade Capital Holdings, LLC – Illinois LLC
        - Chaim Rajchenbach - Citizen of Illinois
        - Menachem Shabat - Citizen of Illinois
        - GPN Family Trust, an Illinois Trust
            - Trustee Rivka Rajchenbach – Citizen of Illinois
            - Trustee Avrum Rajchenbach – Citizen of New Jersey
        - DOROS Generation Trust, an Illinois Trust
            - Trustee Ahuva Shabat – Citizen of Illinois
- Daniel Garden – Citizen of Illinois
- Yitzhak N. Rosenblum – Citizen of Illinois