**Exhibit A**

**Rule 7.1 Disclosure Statement**

Members of West County Property Holdings, LLC:

- Esmarko Capital Investments US Holdings, Inc. – Citizen of Canada

- New Century Ventures, LLC – Ohio LLC

  - Sole member is Amir and Edna Jaffa Family Trust, Trustee Jeffrey Muencz, a Citizen of Ohio

- Jeffrey Muencz – Citizen of Ohio

- Tiferes Partners, LLC – New York LLC

  - Yitzchok Fuchs – Citizen of New York

  - Mordechai Fuchs – Citizen of New Jersey

  - Shani Hagar – Citizen of New York

  - Elisheva Leshkowitz – Citizen of New York

- Morris Fuchs – Citizen of New York

- David Hager – Citizen of New York

- Doros Generation Trust – Illinois Trust

  - Trustee Ahuva Shabat – Citizen of Illinois

- DF Barkana Investor, LLC – Illinois LLC

  - Ephraim Levin – Citizen of New York

  - YD Delta Investments, LLC – Illinois LLC

    - Sole member - Yoseph Davis Delta Trust, an Illinois Trust – Edie Davis Trustee – Citizen of Illinois

- P&O Family Trust – an Illinois Trust

88923848.2

- o    Trustee Chaim Rajchenbach – Citizen of Illinois

- o    Trustee Chasida Davis – Citizen of Illinois

- Ronald N. Shabat Descendants Trust – an Illinois Trust

- o    Trustee Menachem Shabat – Citizen of Illinois

- Yaakov Y. Brandman – Citizen of Illinois

- Ayelet Shabat – Citizen of Illinois

- Jonathan Dauber – Citizen of Illinois

- GPN Family Trust – an Illinois Trust

- o    Trustee Rivka Rajchenbach – Citizen of Illinois

- o    Trustee Avrum Rajchenbach – Citizen of New Jersey

- Rajchenbach 2015 Family Trust – an Illinois Trust

- o    Trustee Chaim Rajchenbach – Citizen of Illinois

- Shakki, LLC – Illinois LLC

- o    Rivka Rajchenbach – Citizen of Illinois

- o    Shana Levitan – Citizen of New York

- Moshe Rajchenbach  - Citizen of Illinois

- Yosef Rajchenbach - Citizen of Illinois

- Pinchas Schwartz – Citizen of Illinois

- Schlomo & Chava Busel – Citizens of Illinois

- Avrum Rajchenbach – Citizen of New Jersey

- Ari Levitan – Citizen of New York

- Moshe & Aliza Weiss – Citizen of Illinois

- Yehuda Ginsburg – Citizen of New York

2

88923848.2

- Ben Shibe – Citizen of Illinois

- Cascade Capital Group, LLC  - Illinois LLC

  o Chaim Rajchenbach – Citizen of Illinois

  o Menachem Shabat - Citizen of Illinois

  o Benjamin Shibe - Citizen of Illinois

  o Mordechai Kaplan - Citizen of Illinois

  o Yitzhak Rosenblum - Citizen of Illinois

  o GPN Family Trust, an Illinois Trust

    ▪ Trustee Rivka Rajchenbach – Citizen of Illinois

    ▪ Trustee Avrum Rajchenbach – Citizen of New Jersey

  o DOROS Generation Trust, an Illinois Trust

    ▪ Trustee Ahuva Shabat – Citizen of Illinois

- Cascade Capital Partners, LLC – Illinois LLC

  o Cascade Capital Holdings, LLC – Illinois LLC

    ▪ Chaim Rajchenbach - Citizen of Illinois

    ▪ Menachem Shabat - Citizen of Illinois

    ▪ GPN Family Trust, an Illinois Trust

      - Trustee Rivka Rajchenbach – Citizen of Illinois

      - Trustee Avrum Rajchenbach – Citizen of New Jersey

    ▪ DOROS Generation Trust, an Illinois Trust

      - Trustee Ahuva Shabat – Citizen of Illinois

- Daniel Garden – Citizen of Illinois

- Yitzhak N. Rosenblum – Citizen of Illinois

3

88923848.2