IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WEST COUNTY PROPERTY HOLDINGS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:23-cv-407-HEA |
| v. | ) ) | |
| WCCC OP LLC, | ) ) | |
| Defendant. | ) ) | |

## **STIPULATION TO REMAND TO STATE COURT**

Come now the parties and hereby stipulate to this court for remand of this case to state court. All parties to bear their own costs associated with the removal and remand. The parties have agreed to a hearing date on all pending motions including without limitation the Amended Motion to Appoint Receiver on Friday, April 28, 2023 at 9 a.m.

POLSINELLI PC

By: */s/ Matthew S. Layfield*
   Matthew S. Layfield (MO #57540)
   Nicholas A. Griebel (MO #69104)
   100 S. 4th Street, Suite 1000
   St. Louis, Missouri 63102
   (314) 552-6834
   Fax No. (314) 231-1776
   mlayfield@polsinelli.com
   ngriebel@polsinelli.com

   Amy E. Hatch (MO #53116)
   900 West 48th Place, Suite 900
   Kansas City, Missouri 64112
   (816) 753-1000
   Fax No. (816) 753-1536
   ahatch@polsinelli.com

*Attorneys for Plaintiff*

HUSCH BLACKWELL LLP

By: */s/ Caroline L. Hermeling*
   Caroline L. Hermeling (MO # 33998)
   8001 Forsyth Blvd., Suite 1500
   St. Louis, Missouri 63105
   (314) 480-1500
   Fax No. (314) 480-1505
   carrie.hermeling@huschblackwell.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served by electronic filing in the CM/ECF system of the United States District Court for the Eastern District of Missouri this 18th day of April, 2023 to all parties requesting service.

                                         */s/ Caroline L. Hermeling*